```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16550
   JESUS VALENCIA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7045


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 11/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 12/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
AFNI INC                   UNSECURED       NOT FILED           .00            .00
AFNI INC                   UNSECURED       NOT FILED           .00            .00
ARROW FINANCIAL SERV       UNSECURED          595.55           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          565.66           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          278.36           .00            .00
CBCS                       UNSECURED       NOT FILED           .00            .00
CHASE                      UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED         7360.83           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          428.17           .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED           .00            .00
MONTEREY FINANCIAL         UNSECURED          109.27           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          427.41           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          248.34           .00            .00
ROBERT MORRIS UNIVERSITY   UNSECURED       NOT FILED           .00            .00
TCF BANK                   UNSECURED       NOT FILED           .00            .00
WASHINGTON FINANCE         UNSECURED       NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED          688.87           .00            .00
MONTEREY FINANCIAL         SECURED NOT I     100.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,314.00                       1,176.72
TOM VAUGHN                 TRUSTEE                                            93.28
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,270.00

PRIORITY                                                                      .00
SECURED                                                                       .00
UNSECURED                                                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16550 JESUS VALENCIA
```

```
ADMINISTRATIVE                                              1,176.72
TRUSTEE COMPENSATION                                           93.28
DEBTOR REFUND                                                    .00
                                      ---------------   ---------------
TOTALS                                       1,270.00          1,270.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                          PAGE   2
           CASE NO. 07 B 16550 JESUS VALENCIA